## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **ROY RISLEY, on behalf of A.D.R., a minor,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **No. CIV- 12-029-JHP-KEW** |
| ) | |
| **MICHAEL J. ASTURE,** ) | |
| **Commissioner of Social** ) | |
| **Security Administration,** ) | |
| **Defendant.** ) | |

# JUDGMENT

Pursuant to the Court's order of December 12, 2012, Affirming and Adopting the Report and Recommendation of the United States Magistrate Judge recommending the decision of the Administrative Law Judge be reversed and remanded, the Court enters judgment in favor of Plaintiff and against Defendant in accordance with the provisions of Rule 58 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 12th day of December, 2012.

James H. Payne
United States District Judge
Eastern District of Oklahoma